**Lawrence Verline WILDER, Sr., Plaintiff–Appellant,**

**v.**

**WARSHAW ONE LLC, INC; Sandra Dorsey; Baltimore County Police Department, Defendants–Appellees.**

No. 06–2291.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: April 30, 2007.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Warshaw One LLC., Inc.*, No. 1:06-cv02504-CCB (D.Md. Nov. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*